**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING**

Appellate case name:     *Ex parte Octavian Becciu*

Appellate case number:   01-19-00800-CR

Trial court case number:   1799007A

Trial court:              County Criminal Court at Law No. 9 of Harris County

Date motion filed:        November 25, 2020

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Lloyd, and Landau.

Date:  December 29, 2020